IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. MJM-23-412 |
| v. | * | |
| | * | |
| BRIGHT BOATENG, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ****** | |

## JOINT STATUS REPORT

The United States of America, by and through undersigned counsel, and the Defendant, BRIGHT BOATENG, by and through counsel, submit this joint status report. The parties state as follows:

1. The parties have engaged in plea negotiations. The government has extended a plea offer.

2. Defense counsel has advised that the Defendant will likely accept the offer but has logistical difficulties reaching the Defendant in a timely manner because the Defendant is serving a state sentence at a facility located a great distance away.

3. The parties recognize that the Court set a motions deadline for August 19, 2025. The parties do not anticipate filing motions in this matter as the parties believe the matter will resolve through a negotiated disposition.

4. The parties will promptly notify the Court once a resolution has been reached to schedule a Rule 11 hearing.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/ *Bijon A. Mostoufi*
Bijon A. Mostoufi
Assistant United States Attorney
6406 Ivy Lane, 8th Floor
Greenbelt, Maryland 20770
(301) 344-8135