IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | Criminal No.: MJM-23-411 |
| | | MJM-23-412 |
| LAKEISHA PARKER | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENT TO SENTENCING MEMORANDUM

Please find attached the following letters in support of Ms. Parker.

1. Letter from Ms. Parker's mother, Ms. Keia Wing
2. Letter from Ms. Keyonna Nelson.

Respectfully submitted,

_____/s/_____
Thomas W. Rafter
Law Office of Thomas W. Rafter
Bar Roll Number 19530
8 E. Mulberry Street
Baltimore, Maryland 21202
(410) 299-8224
tom@tomrafterlaw.com

I HEREBY CERTIFY, that on November 11, 2025, a copy of the foregoing was served on all parties via ECF.

_____/s/_____
Thomas W. Rafter